PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Kyreem Harley          **Docket Number:** 02-00543-001
                                              **PACTS Number:** 32293

**Name of Sentencing Judicial Officer:** HONORABLE DENNIS M. CAVANAUGH
UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 03/14/2006

**Original Offense:** CONSPIRACY AND POSSESSION WITH INTENT TO DISTRIBUTE COCAINE

**Original Sentence:** 12 months and 1 day imprisonment; 4 years supervised release. Special conditions: drug aftercare and mental health treatment.

**Type of Supervision:** supervised release          **Date Supervision Commenced:** 01/26/07

**Assistant U.S. Attorney:** Melissa Jampol, 970 Broad Street, Room 502 Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** Gary Mizzone, 245 Paterson Avenue, Little Falls, New Jersey 07424 (973) 785-8887

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'

On July 17, 2010, the offender was arrested by the Jersey City Police and was charged with the law violations of criminal mischief, simple assault, and resisting arrest. |
| 2. | The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

The offender failed to submit monthly supervision reports for the months of March through June 2010. |

PROB 12C - Page 2
Kyreem Harley

I declare under penalty of perjury that the foregoing is true and correct.

By: Kevin J Mullens
Senior U.S. Probation Officer
Date: 7/17/10

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

8/13/10
Date

Dennis M. Cavanaugh
U.S. District Judge