UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. KYREEM HARLEY, Crim. No. 02-543 (DMC)

## PETITION FOR WRIT OF HABEAS CORPUS

1. KYREEM HARLEY, DOB: 5/9/1981, SBI#: 0900159906 is now confined to Hudson County Jail.

2. KYREEM HARLEY, DOB: 5/9/1981, SBI#: 0900159906 will be required at the United States Court House in Newark, New Jersey before the Hon. Dennis M. Cavanaugh, U.S. District Judge, on Tuesday, August 2, 2011 at 9:30 a.m. for a violation of supervised release hearing, in the above-captioned case. A Writ of Habeas Corpus should be issued for that purpose.

DATED: July 26, 2011
Newark, NJ

Melissa Jampol, Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: 27 July 2011

Hon. Dennis M. Cavanaugh, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of Hudson County Jail
WE COMMAND YOU that you have the body of

KYREEM HARLEY, DOB: 5/9/1981, SBI#:0900159906

now confined at the Hudson County Jail, brought before the United States District Court, before the Hon. Dennis M. Cavanaugh, U.S. District Judge, on Tuesday, August 2, 2011, at 9:30 a.m. for a violation of supervised release hearing.

WITNESS the Hon. Dennis M. Cavanaugh
United States District Judge
Newark, New Jersey.

DATED: 27 July 2011

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey
Per: _____
Deputy Clerk